IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICHARD EVANS, | : |
| Plaintiff, | : |
| v. | : Case No. 5:09-CV-89 (HL) |
| JASON JONES, et al., | : |
| Defendants. | : |

### ORDER

This case was referred to Magistrate Judge Claude W. Hicks, Jr. by Order (Doc. 2) of this Court dated February 25, 2009.  That Order is hereby rescinded.  The clerks' office is hereby notified that, from this point forward, no motions, filings or proceedings in this case will be referred to Judge Hicks.

**SO ORDERED**, this the 11th day of March, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge

jch